Submitted July 2, OAR 255-060-0006(1) and OAR 255-060-0012(1) held valid August 19, 2020

## JEFFREY D. HALLADAY,
*Petitioner,*

*v.*

## BOARD OF PAROLE AND POST-PRISON SUPERVISION,
*Respondent.*

### Board of Parole and Post-Prison Supervision
A172740

471 P3d 822

Jeffrey D. Halladay filed the briefs *pro se*.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Jeff J. Payne, Assistant Attorney General, filed the brief for respondent.

Before Lagesen, Presiding Judge, and James, Judge, and Kamins, Judge.

PER CURIAM

OAR 255-060-0006(1) and OAR 255-060-0012(1) held valid.

## PER CURIAM

Pursuant to ORS 183.400, petitioner challenges the validity of two rules of the Board of Parole and Post-Prison Supervision, OAR 255-060-0006(1) and OAR 255-060-0012(1). Petitioner argues that OAR 255-060-0006(1) exceeds the statutory authority of the board under ORS 144.280(1)(a) and (b), and that OAR 255-060-0012(1) violates the Equal Protection Clause of the Fourteenth Amendment to the United States Constitution and *ex post facto* prohibitions under the state and federal constitutions. We have considered those challenges and reject them without additional published discussion.

OAR 255-060-0006(1) and OAR 255-060-0012(1) held valid.